Anthony L. GILMORE, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 35, 2016

Supreme Court of Delaware.

Submitted: January 27, 2016

Decided: March 10, 2016

Rehearing En Banc Denied March 29, 2016

AFFIRMED.

DELAWARE DEPARTMENT OF LABOR, Division of Unemployment Insurance, Appellee Below, Appellant,

v.

CAFFE GELATO, INC., Appellant Below, Appellee,

and

Ezekiel Tulenko, Appellee Below, Appellee.

No. 148, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: March 11, 2016

AFFIRMED.

GREATER PENNSYLVANIA CARPENTERS' PENSION FUND, derivatively on behalf of nominal defendant Imperva, Inc., Plaintiff-Below, Appellant,

v.

Charles GIANCARLO, Theresia Gouw, Shlomo Kramer, Steven Krausz, Albert Pimentel, Frank Slootman, David Strohm, James Tolonen, and Imperva, Inc., Defendants-Below, Appellees.

No. 531, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: March 11, 2016

AFFIRMED.

Stephen E. SHAW, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 263, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: March 11, 2016

AFFIRMED.